ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Thuet et al.,

Plaintiff(s),

v.

Chicago Public Schools, et al.,

Defendant(s).

Case No.  20 C 1369
Judge Gary Feinerman

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

        which ☐ includes    pre–judgment interest.
                 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Defendants Board of Education of the City of Chicago, et al.
and against plaintiff(s) John Thuet and Michelle Brumfield.

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐     other:

---

This action was *(check one)*:

☒ tried by a jury with Judge Gary Feinerman presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion

Date:  12/21/2022                    Thomas G. Bruton, Clerk of Court

                                          /s/ Jackie Deanes , Deputy Clerk